UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-34265 |
|---|---|
| SHANNON D SNOW | (Chapter 13) |
| DONNA L SNOW | |
| Debtors | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4100310**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 43 | MIAWI VALLEY HOSPITAL<br>% CITY CREDITS COMPANY AGENT<br>3077 KETTERING BLVD SUITE 109<br>MORAINE, OH  45439 | 9.93 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/26/2011

Certificate of Service   07-34265

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

SHANNON D SNOW
DONNA L SNOW
2300 PARADISE LANE
SPRINGFIELD, OH 45502

LESTER R THOMPSON
1340 WOODMAN DR
DAYTON, OH 45432

(41.1n)
GREGORY A STOUT
MAPOTHER & MAPOTHER PSC
801 WEST JEFFERSON STREET
LOUISVILLE, KY 40202

(43.1)
MIAMI VALLEY HOSPITAL
% CITY CREDITS COMPANY AGENT
3077 KETTERING BLVD SUITE 109
MORAINE, OH 45439

(45.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA 23541

(50.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA 23541

Jeffrey M. Kellner BY   /s/ Jeffrey M. Kellner   sv